

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___4/18/2023___

## STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8665

April 18, 2023

**Via ECF**
Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Def. Chafetz's request to join in Defs' Motion to Dismiss the Plf's Second Amended Complaint is GRANTED.  The Clerk of Court is directed to mail a copy of this Endorsement to pro se Plf. at Plf's address on ECF and to show service on the docket.

Dated: April 18, 2023
White Plains, NY

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Re:    *Lovett v. Bennett*, 22 Civ. 5462 (NSR)

Dear Judge Román:

The Office of the Attorney General represents Defendants Susie Bennett, Jaclyn Chafetz, Kevin Darling, Felix Santos, and Shane Topel ("Defendants"), in the above-referenced action. Defendant Chafetz has recently requested representation from our Office and we respectfully request that she be permitted to join in Defendants' Motion to Dismiss the Plaintiff's Second Amended Complaint ("SAC"), which was served on the Plaintiff on March 15, 2023.

We thank the Court for its attention to this matter.

Respectfully submitted,

*Bahiya Lawrence*
BAHIYA LAWRENCE
Assistant Attorney General
Bahiya.Lawrence@ag.ny.gov

cc:    Steven J. Lovett
DIN 01-B-1450
Green Haven Correctional Facility
594 Route 216
Stormville, NY 12582
(via First-Class Mail)

28 Liberty St., New York, New York 10005 ● Tel.: (212) 416-8610 ● Fax: (212) 416-6075 (Not For Service of Papers)
www.ag.ny.gov

**MEMO ENDORSED**