**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
STEVEN J. LOVETT,

                    Plaintiff,

  -against-                                              22 **CIVIL** 5462 (NSR)

                                                                  **JUDGMENT**

ACTING SUPT. SUSIE BENNETT OF SULLIVAN
CORRECTIONAL FACILITY, et al.

                    Defendants.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 15, 2024, Defendants' Motion is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

        February 15, 2024

                                                        **RUBY J. KRAJICK**

                                                           **Clerk of Court**

                   **BY:**    *K. Mango*

                                                           **Deputy Clerk**